UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-313-T-30EAJ

JOSE GUADALUPE GUTIERREZ

## **AMENDED PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 49), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), which, at sentencing, shall become a final order of forfeiture as to the defendant for one Taurus .40 caliber handgun, model PT140, serial number STF28531 and six rounds of Hollow Point Winchester .40 Caliber S&W ammunition.

Being fully advised in the premises, the Court hereby finds that at the conclusion of the jury trial, a guilty verdict was entered against the defendant on Counts One and Three for carjacking, in violation of 18 U.S.C. § 2119, and on Counts Two and Four, for possession of a firearm in and relation to a crime of violence, that is carjacking, in violation of 18 U.S.C. § 924(c)(1)(A).

The Court further finds that the by virtue of the Special Verdict for Forfeiture, the jury further concluded that the firearm and ammunition identified above were possessed by the defendant in and relation to the carjackings, therefore the United

States has established the requisite nexus between the property sought for forfeiture and the violations charged in Counts Two and Four. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 49) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the firearm and ammunition identified above are hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on November 16, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-313.forfeit 49.wpd