UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:11-cr-313-T-30EAJ

JOSE GUADALUPE GUTIERREZ

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 59), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the Taurus .40 caliber handgun, model PT140, serial number STF28531 and six rounds of Hollow Point Winchester .40 Caliber S&W ammunition.

Being fully advised in the premises, the Court finds that on November 16, 2011, an Amended Preliminary Order of Forfeiture was entered for the firearm and ammunition.  (Doc. 51).

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov, from November 17, 2011 through December 16, 2011. (Doc. 56).  The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801

North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

No other person or entity, other than the defendant, whose interest was forfeited to the United States in the Amended Preliminary Order of Forfeiture, is known to have an interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 59) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the firearm and ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on January 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-313.forfeit 59.wpd